IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICKY J. McKIMMEY | ) | 4:06CV3138 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BRIAN STOBBE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Inasmuch as Plaintiff has filed an amended complaint,

IT IS ORDERED that Defendants' motions to dismiss (filings 15, 16, 17, and 18), all filed with reference to Plaintiff's original complaint, are denied without prejudice, as moot.

October 2, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge