IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VICKEY J. MCKIMMEY, ) | Case No. 4:06 cv 3138 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER STRIKING AND SEALING FILING NO. 36 |
| vs. ) | |
| ) | |
| BRIAN STOBBE, in his individual and ) | |
| official capacities, NICOLE STOBBE, ) | |
| in her individual and official capacities, ) | |
| and MERRICK COUNTY, ) | |
| NEBRASKA, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER comes before the court on the plaintiff's Motion to Strike and Seal Filing NO. 36 (Filing No. 37). The court, being fully advised in the premises, find that the motion should be, and hereby is, granted.

IT IS THEREFORE ORDERED that Filing No. 36 is stricken from the record, and sealed.

Dated this 12th day of October, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

PREPARED AND SUBMITTED BY:

Daniel H. Friedman, #22293
FRIEDMAN LAW OFFICES
3800 Normal Blvd., Suite 200
P.O. Box 82009
Lincoln, NE 68501-2009
(402) 476-1093