```
IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| VICKY J. MCKIMMEY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3138 |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN STOBBE, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The parties' joint motion to continue the telephone planning conference is granted and the conference is continued to January 5, 2007 at 9:30 a.m. Plaintiff's counsel shall initiate the call.

DATED this 4th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge