IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICKY J. MCKIMMEY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3138 |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN STOBBE, in his individual and official capacities, NICOLE STOBBE, in her individual and official capacities, and MERRICK COUNTY, NEBRASKA, | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED: The defendant's unopposed oral motion to continue the telephone planning conference is granted and the conference is continued to January 12, 2007 at 1:30 p.m. Plaintiff's counsel shall initiate the call.

DATED this 22nd day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge