IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICKY J. MCKIMMEY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3138 |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN STOBBE, in his individual and official capacities, NICOLE STOBBE, in her individual and official capacities, and MERRICK COUNTY, NEBRASKA, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The joint motion of the parties, filing 64, is granted and the deposition deadline is extended to thirty days after a ruling on the pending motion for summary judgment. All other deadlines are suspended and will be reset after that ruling.

DATED this 24th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge